Geri N. Kahn (CSB #148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (925) 889-4379
Email:  gkahn@pacbell.net

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Alla ABRAMENKO,<br><br>        Plaintiff,<br><br>    vs.<br><br>Michael Chertoff, Secretary, Department of<br>Homeland Security; Emilio T. Gonzalez,<br>Director, United States Citizenship and<br>Immigration Services; Michael B. Mukasey,<br>Attorney General; Alfonso Aguilar, Chief;<br>United States Citizenship and Immigration<br>Services; Rosemary Melville, District<br>Director, United States Citizenship and<br>Immigration Services; and Robert Mueller,<br>III, Director of Federal Bureau of<br>Investigation.<br>        Defendants. | Case No.:  08-02061 CW<br><br>PLAINTIFF'S COMPLAINT FOR WRIT<br>IN THE NATURE OF MANDAMUS |

Plaintiff, Alla ABRAMENKO, by and through her undersigned attorney, sues Defendants and states as follows:

1.    This action is brought against the Defendants to compel action on her application for Naturalization properly filed by the Plaintiff.  The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on this application to Plaintiff's detriment.

**PARTIES**

2.    Plaintiff Alla ABRAMENKO (A71 625 046) is a native and citizen of Belarus. She filed an Application for Naturalization (Form N-400) on December 15, 2005 and is seeking to naturalize pursuant to Immigration and Nationality Act ("INA") §316, 8 U.S.C. §1427.

3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (hereinafter "DHS"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS.  8 U.S.C, §1103(a); 8 C.F.R. §2.1.

4.    Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. This action is brought against him in his official capacity.  Defendant Director is generally charged with the overall administration of benefits and immigration services.  8 C.F. R. §100.2(a).

5.    Michael B. Mukasey is the Attorney General of the Department of Justice, and such, is head of the United States Department of Justice and the chief law enforcement officer of the federal government.  The Attorney General is also ultimately responsible for the Federal Bureau of Investigation, a subdivision of the Justice Department.  This action is brought against him in his official capacity.

6.    Defendant Alfonso Aguilar is the Chief of the Office of Citizenship in USCIS and this action is brought against him in his official capacity.  He is generally charged with the responsibility for promoting instruction and training on citizenship responsibilities for individuals interested in becoming naturalized citizens of the United States.  Public Law 107-296, Homeland Security Act of 2002.

7.    Defendant Rosemary Melville, is the District Director of the San Francisco District Office of the USCIS and this action is brought against her in her official capacity.  As will be shown, Defendant Director is the official with whom Plaintiff's Application for Naturalization remains pending.

8.    Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as USCIS.  This action is brought against him in his official capacity.  As it will be shown, Defendant has failed to complete the security clearances on Plaintiff's case hence causing delay in Plaintiff's Application for Naturalization.

**JURISDICTION**

9.    Jurisdiction is proper in this court, pursuant to 28 USC §1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.*  Relief is requested pursuant to these statutes.

**VENUE**

10.    Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides if no real property is involved in the action.  Specifically, Plaintiff resides in Dublin, CA, and no real property is involved in the instant action.

**EXHAUSTION OF REMEDIES**

11.     Plaintiff has exhausted her administrative remedies.

**CAUSE OF ACTION**

12.     Plaintiff Alla Abramenko filed her application for Naturalization (N-400) at the California Service Center on December 15, 2005.  (**See Exhibit 1, copy of receipt notice for N-400.**)[1]

13.     On February 6, 2006, Plaintiff appeared at a scheduled appointment to have her fingerprints taken.  (**See Exhibit 2, copy of fingerprint appointment notice.**)

14.     On October 20, 2006, Plaintiff inquired with USCIS about the status of her case.  She received a response dated February 13, 2007, indicating that it was pending due to the background check.  (**See Exhibit 3, copy of letter from USCIS, February 13, 2007.**)

15.     On December 14, 2007, Plaintiff went in person to USCIS to inquire into the status of her case.  She was told that it was still pending due to the background check.

16.     In January 2008, Plaintiff sent a Freedom of Information Act Request ("FOIA") to the FBI.  She received a response indicating that no records were found pertaining to her.  (**See Exhibit 4, copy of letter from the FBI dated January 22, 2008.**)

17.     On February 8, 2008, Plaintiff's counsel wrote a letter to Rosemary Melville inquiring into the status of this case and informing her that if no response were received within two weeks, Ms. Abramenko would file this action.  Counsel received a standard response that Plaintiff's case was still pending due to a background investigation.  (**See Exhibit 5, copy of letter from USCIS, April 9, 2008.**)

18.     On April 8, 2008, Plaintiff again appeared at a scheduled appointment to have her fingerprints taken.  (**See Exhibit 6, copy of fingerprint appointment notice.**) Since

---

[1] Pursuant to Local Rule 3-17(a), all personal identifying information has been redacted from the exhibits. Plaintiff can submit original copies to the Court at a hearing if requested.

that date, nothing has happened.  Plaintiff has not been interviewed in connection with her case.

19.    Based on the responses from USCIS and the FBI, Plaintiff believes that her N-400 application has not been adjudicated because of Defendant FBI's failure to complete her name check.  At this time, the FBI name check appears to be the only reason for the delay of Plaintiff's Naturalization application as Plaintiff does not have a criminal record and there appears to be no other reason why her application has been delayed.  (**See Exhibit 7, letter from California Department of Justice confirming no criminal history record was found.**)

20.    According to the USCIS processing dates, the San Francisco District Office is currently processing N-400 applications filed on or before June 30, 2007. Plaintiff's N-400 application has now remained pending for over two years and four months from the date of filing.  (**See Exhibit 8, San Francisco District Office Processing Dates posted on March 15, 2008.**)

21.    Defendants' refusal to act on this application is, as a matter of law, arbitrary and not in accordance with the law.  Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's Naturalization application for over two years, from the date of filing, thereby depriving her of the right to a decision on her application and the peace of mind to which Plaintiff is entitled.

22.    Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

a.    Plaintiff would like to vote in the next presidential election.  She cannot register to vote until she is an American citizen.

b.    Plaintiff's husband and son (who share the same last name) are naturalized American citizens.  Plaintiff would like to go abroad with her family but would not have the ease of travel that her husband and son would because she does not have a U.S. passport.

23.    The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's naturalization application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## PRAYER

24.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

   a.    requiring Defendants to expeditiously complete the Security Check on Plaintiff's application for Naturalization;

   b.    requiring USCIS to process the Naturalization application to conclusion;

   c.    awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

   d.    granting such other relief at law and in equity as justice may require.

Dated this 21st  day of April, 2008                           Respectfully submitted,

                                                               /s/ Geri N. Kahn

                                                               _____
                                                               Geri N. Kahn
                                                               Attorney for Plaintiff

**CERTIFICATION OF INTERESTED ENTITES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated: April 21, 2008                        Respectfully submitted,


_____
Geri N. Kahn
Attorney for Plaintiff

**LIST OF ATTACHMENTS**

1.  Copy of receipt notice for N-400.

2.  Copy of first fingerprint notice.

3.  Letter from USCIS, February 13, 2007.

4.  Letter from the FBI, January 22, 2008.

5.  Copy of second fingerprint notice.

6.  Letter from USCIS, April 9, 2008.

7.  Letter from California Department of Justice confirming no record.

8.  San Francisco District processing dates report, posted March 15, 2008.

**EXHIBIT ONE**

# THE UNITED STATES OF AMERICA

| Receipt with Suspense | | | NOTICE DATE<br>January 04, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400     Application For Naturalization | | | INS A#<br>A ████046 |
| APPLICATION NUMBER<br>WSC*001426706 | RECEIVED DATE<br>December 15, 2005 | PRIORITY DATE<br>December 15, 2005 | PAGE<br>1 of I |
| APPLICANT NAME AND MAILING ADDRESS<br>ALLA ABRAMENKO<br>████████<br>████████ | | PAYMENT INFORMATION:<br><br>Single Application Fee:        $400.00<br>Total Amount Received:      $330.00<br>Total Balance Due:            $70.00 | |

The above application has been received by our office. Our records indicate your personal information is as follows:

Date of Birth: ████████

Address Where You Live: ████████

Your application has been suspended from processing for the following reason(s). Please note the reason(s) listed and their explanation, and follow the Instructions to Applicant section listed below. Failure to comply with the instructions of this notice may result in the denial of your application.

Underpayment of Required Fee - insufficient payment was received to cover the fee for this application. Full and complete payment must be submitted before any further processing of your application occurs.

### Instructions to Applicant

You must return this notice and all required information indicated above to the INS office address listed below. For payment discrepancies, you or the primary payer (if this application was combined with other cases under a single payment) will need to enclose a check or money order payable to the INS for the Total Balance Due amount indicated above. Please do not send cash.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

**IMPORTANT NOTICE:** As of March 29, 1998 applicants who are required to submit fingerprints with any INS application or petition must be fingerprinted at an INS Application Support Center or INS approved Designated Law Enforcement Agency. Applicants must pay an additional fee of $70 to the INS after which they will be scheduled for fingerprinting. Failure to submit this fee within 87 days will result in the denial of the application or petition.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001533380

**EXHIBIT TWO**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>February 06, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A███████046 |
| APPLICATION NUMBER<br>WSC*001426706 | RECEIVED DATE<br>December 15, 2005 | PRIORITY DATE<br>December 15, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ALLA ABRAMENKO

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>INS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND CA 94612 | DATE AND TIME OF APPOINTMENT<br>02/22/2006<br>11:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon        ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
WSC*001426706

## WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

**EXHIBIT THREE**

U.S. Department of Homeland Security
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Date: February 13, 2007

ALLA ABRAMENKO



**The following is provided in response to your inquiry sent to the California Service Center:**

A 046

Dear Applicant:

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Once your background check is completed your local District Office will be scheduling your case for interview. If you do not receive a notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

Thank you very much for your cooperation.

Please call the National Customer Service Center toll free number at 1- (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information. Thank you.

California Service Center
Congressional & Customer Relations Division XII

**EXHIBIT FOUR**



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 22, 2008

MS. GERI N. KAHN
ATTORNEY AT LAW
SUITE 810
400 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

Request No.: 1106235- 000
Subject: ABRAMENKO, ALLA

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**EXHIBIT FIVE**

# ASC Appointment Notice

| | | |
|---|---|---|
| **CASE TYPE**<br>N400  Application for Naturalization | **APPLICATION NUMBER**<br>WSC*001426706 | **NOTICE DATE**<br>03/25/2008 |

| | | |
|---|---|---|
| **SOCIAL SECURITY NUMBER** | **USCIS A#**<br>A███046 | **CODE**<br>1 |
| **TCR** | **SERVICE CENTER**<br>WSC | **PAGE**<br>1 of 1 |

ALLA ABRAMENKO
c/o GERI  N KAHN
LAW OFFICE OF GERI  N KAHN
400 MONTGOMERY ST STE 810
SAN FRANCISCO, CA 94104-



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | |
|---|---|
| USCIS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND, CA 94612 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br><br>**DATE AND TIME OF APPOINTMENT**<br>04/08/2008<br>8:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

## REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND,  2040 TELEGRAPH AVE., OAKLAND, CA 94612

**APPLICATION NUMBER I**
N400        -  WSC*001426706



If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**EXHIBIT SIX**

U.S. Department of Homeland Security
P.O. Box 30111
Laguna Niguel, CA 92607-0111

 **U.S. Citizenship and Immigration Services**

Date: April 9, 2008

GERI N KHAN ATTORNEY AT LAW
RE: ALLA ABRAMENKO
400 MONTGOMERY STREET, STE 810
SAN FRANCISCO, CA 94104

Re: A71 625 046 – Naturalization Status Inquiry

Dear Applicant:

In your inquiry with USCIS, you requested the status of your pending N-400 Application for Naturalization. We have not scheduled you for an interview because your background investigation is still pending. Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Once your background check is completed your local District Office will be scheduling your case for interview. There is no way for us to estimate the duration of your background investigation because it is not conducted by our agency. Although the average processing time for the investigations is a few months, the range in duration is a few weeks to several years. No further action is necessary at this time.

Thank you very much for your cooperation.

Please call the National Customer Service Center toll free number at 1- (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information. Thank you.

**EXHIBIT SEVEN**

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Identification and Information
P.O. Box 903417
Sacramento, CA 94203-4170


DATE: 12/24/2007


         ALLA ALEXANDER ABRAMENKO
         
_____


RE: DOJ APPLICANT NAME SEARCH - NO HIT

A NON-FINGERPRINT BASED SEARCH OF DEPARTMENT OF JUSTICE FILES REVEALS
NO CRIMINAL HISTORY MEETING DISSEMINATION CRITERIA PURSUANT TO
CALIFORNIA LAW, FOR THE PERSON NAMED BELOW, BASED ON NAME, BIRTH DATE
AND/OR OTHER IDENTIFYING INFORMATION.

APP ORI:                   CA0       35
APP NAME:                  ALLA ALEXANDER ABRAMENKO
APP TYPE:                  RECORD REVIEW
APP TITLE:                 TO OBTAIN COPY OF RECORD
APP SERVICE REQUESTED:     CA/
OCA:
SID:
DOB:
SSN:
CDL:
ATI:                       M355ABA005
OATI:                      M348ABA012
DATE SUBMITTED:            12/21/2007
SCN #:                     H34A3550005

APP ADDRESS:

* * * *
This notification is being provided to you pursuant to Penal Code
Section 11105.7. The Department of Justice has determined that the
applicant is currently unable to provide legible fingerprints due to
disability, illness, accident or other conditions beyond his/her
control. Penal Code Section 11105.7 states: "The Department of
Justice will make a determination that the person presently is unable
to provide legible fingerprints, and therefore shall be deemed to
have complied with the statutory requirement to submit fingerprints.
The Department, using available personal identifying data that the
Department deems appropriate, shall then conduct a search to
determine if the person has a criminal history."

This transaction has not been recorded by DOJ Bureau of Criminal Identification
and Information; therefore, no subsequent arrest information will be provided.

**EXHIBIT EIGHT**



Home  Contact Us  Site Map  FAQ

Search 
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

Print This Page |   Back |

## U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted March 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted March 15, 2008

| Form | Form Name | Processing Timeframe |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | December 16, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | September 17, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | December 16, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | December 16, 2007 |
| I-765 | Application for Employment Authorization | December 29, 2007 |
| N-400 | Application for Naturalization | June 30, 2007 |
| N-600 | Application for Certification of Citizenship | September 06, 2007 |

Print This Page |   Back |