1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  OAKLAND DIVISION
11
   ALLA ABRAMENKO,                    )   No. C 08-2061 CW
12                                    )
                  Plaintiffs,         )
13                                    )
          v.                          )   STIPULATION TO EXTEND DATES;
14                                    )   ORDER **AS MODIFIED**
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security; et al., )
                                      )
16                Defendants.         )
                                      )
17

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
C 08-2061 CW                    1

1  On April 21, 2008, Plaintiff filed the above captioned action. The United States Attorney's
2  Office was served on April 23, 2008. It now appears that this case may be resolved administratively
3  within the next 60 days. Accordingly, the parties hereby jointly move, pursuant to approval of the
4  Court, to modify the scheduling order as follows:

5      Defendants' Answer:        August 15, 2008
6      ADR Certification:        Vacated
7      Case Management Statement:        Vacated
8      Case Management Conference:        Vacated

9  Dated: June 19, 2008        Respectfully submitted,
10         JOSEPH P. RUSSONIELLO
        United States Attorney

12         /s/
13         MELANIE L. PROCTOR[1]
        Assistant United States Attorney
        Attorney for Defendants

15 Dated: June 19, 2008        /s/
16         GERI N. KAHN
        Attorney for Plaintiff

18 **ORDER**

19  Pursuant to the parties' agreement, IT IS SO ORDERED. **If the case is not resolved by**
20  **then, Plaintiff shall file a motion for the requested relief and notice it for September 18, 2008,**
21  **at 2:00 p.m.**

23 Dated: 6/27/08        _Claudia Wilken_
24         CLAUDIA WILKEN
        United States District Judge

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 08-2061 CW        2