1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                 UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                      OAKLAND DIVISION
11
   ALLA ABRAMENKO,                    )    No. C 08-2061 CW
12                                     )
                   Plaintiffs,         )
13                                     )
          v.                           )    STIPULATION TO DISMISS; ORDER
14                                     )
   MICHAEL CHERTOFF, Secretary of the  )
15 Department of Homeland Security; et al., )
                                       )
16                 Defendants.         )
   _____)
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
C 08-2061 CW                      1

1    Plaintiff, by and through her attorney of record, and Defendants, by and through their

2    attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3    entitled action.  The parties shall bear their own costs and fees.

4    Dated: August 1, 2008                                    Respectfully submitted,

5                                                             JOSEPH P. RUSSONIELLO
                                                             United States Attorney
6

7                                                            _____/s/_____
                                                             MELANIE L. PROCTOR[1]
8                                                            Assistant United States Attorney
                                                             Attorney for Defendants
9

10   Dated: August 1, 2008                                   _____/s/_____
11                                                           GERI N. KAHN
                                                             Attorney for Plaintiff
12

13                                  **ORDER**

14   Pursuant to the parties' agreement, IT IS SO ORDERED.  All pending deadlines are hereby

15   TERMINATED.  The Clerk shall close the file.

16
     Dated:  8/5/08                                          *Claudia Wilken*
17                                                           CLAUDIA WILKEN
                                                             United States District Judge
18

19

20

21

22

23

24

25

26

27   _____

28   [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 08-2061 CW                        2